IN RE POTEAT v. EMPLOYMENT SECURITY COMM.

No. 514PA86.

Case below: 82 N.C. App. 138.

Petition by Employment Security Commission for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1986.

JONES v. CANNON

No. 453P86.

Case below: 81 N.C. App. 679.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 7 October 1986.

KEITH v. DAY

No. 474PA86.

Case below: 81 N.C. App. 185.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1986.

KINNEY v. BAKER

No. 556P86.

Case below: 82 N.C. App. 126.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 October 1986.

McMILLAN v. DAVIS

No. 464P86.

Case below: 81 N.C. App. 433.

Petition by defendant (Bettie A. Davis, divorced) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.